UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:15-cv-22674-KMM

JULIEN BOURHIS,

        Plaintiff(s),

v.

MY TRADE LLC d/b/a NOD d/b/a
JAAVAN d/b/a M Patio Furniture (*et al.*),

        Defendant(s).

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The Plaintiff, JULIEN BOURHIS, (hereinafter the "Plaintiff") hereby discloses the following pursuant to the Local Rules:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a. JULIEN BOURHIS;

    b. Saenz & Anderson, PLLC and any of its associates or co-counsel who files an appearance;

    c. R. Martin Saenz, Esq.;

    d. The Defendant(s); and

    e. The attorney(s) for the Defendant(s) when an appearance is filed.

2. The name of every other entity whose publicly-traded stock, or debt may be substantially affected by the outcome of the proceedings:

    a. None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a. JULIEN BOURHIS.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

s/ R. Martin Saenz
R. Martin Saenz (FBN: 0640166)
E-mail: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ **R. Martin Saenz**

## SERVICE LIST

**JULIEN BOURHIS v. MY TRADE LLC d/b/a NOD d/b/a JAAVAN d/b/a M Patio Furniture**
Case No. 1:15-cv-22674-KMM
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| R. Martin Saenz<br>E-Mail: msaenz@saenzanderson.com<br>SAENZ & ANDERSON, PLLC<br>20900 N.E. 30th Avenue, Suite 800<br>Aventura, Florida 33180<br>Telephone: (305) 503-5131<br>Facsimile: (888) 270-5549<br>*Counsel for Plaintiff(s)* | E-Mail:<br><br><br><br>,<br>Telephone:<br>Facsimile:<br>*Attorney for Defendant(s)* |