UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:15-cv-22674-KMM

JULIEN BOURHIS, and other similarly situated individuals,

    Plaintiff(s),

v.

MY TRADE LLC d/b/a NOD d/b/a JAAVAN d/b/a M Patio Furniture (*et al.*),

    Defendant(s).

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with the Local Rules for the Southern District of Florida, I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below.

\_\_X\_\_ IS NOT related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions immediately upon all counsel of record.

Dated: July 29, 2015.

Respectfully submitted,

s/ R. Martin Saenz
R. Martin Saenz
(FBN: 0640166)
E-mail: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ R. Martin Saenz

## SERVICE LIST

**JULIEN BOURHIS v. MY TRADE LLC d/b/a NOD d/b/a JAAVAN d/b/a M Patio Furniture**
Case No. 1:15-cv-22674-KMM
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| R. Martin Saenz | E-Mail: |
| E-Mail: msaenz@saenzanderson.com | |
| SAENZ & ANDERSON, PLLC | |
| 20900 N.E. 30th Avenue, Suite 800 | |
| Aventura, Florida 33180 | , |
| Telephone: (305) 503-5131 | Telephone: |
| Facsimile: (888) 270-5549 | Facsimile: |
| *Counsel for Plaintiff(s)* | *Attorney for Defendant(s)* |