UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-22674 MOORE/MCALILEY

JULIEN BOURHIS,

       Plaintiffs,

vs.

MY TRADE LLC, et. al.

       Defendants.

-----------------------------------------------------------

## NOTICE OF APPEARANCE

COMES NOW, DAVID S. HARRIS, attorney at law, and gives notice of his appearance on behalf of the Defendants, MY TRADE LLC D/B/A NOD D/B/A/ JAAVAN D/B/A M PATIO FURNITURE, MOHAMED HADJ MERABET, SEBBAH Y. HADJ-MERABET and filings in this matter to the undersigned firm, and to take note of this Notice of Appearance.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail on the 7th day of August, 2015 to: R. MARTIN SAENZ, SAENZ & ANDERSON PLLC, Attorney for Plaintiff, 20900 NE 30th Avenue, Ste. #800, Aventura, FL 33180.

**LAW OFFICES OF DAVID S. HARRIS**
6431 SW 39th Street
Miami, FL 33155-4813
Telephone: (305) 667-9043
Facsimile: (305) 667-9044

BY: _/s_David S. Harris_____
     David S. Harris, Esq.

– 1 –