UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-22674 MOORE/MCALILEY

JULIEN BOURHIS,

       Plaintiffs,

vs.

MY TRADE LLC, et. al.

       Defendants.

----------------------------------------------------------

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

The Defendants, MY TRADE LLC D/B/A NOD D/B/A/ JAAVAN D/B/A M PATIO FURNITURE, MOHAMED HADJ MERABET, SEBBAH Y. HADJ-MERABET.  by its counsel, moves this Court for an Extension of Time to respond to Plaintiffs' Amended Complaint and states as follows:

1. That Plaintiffs' Complaint against Defendants and Defendants' response is due August 9, 2015.  As Defendants' counsel is making a late appearance in this case, he contacted Plaintiffs' counsel by email on August 7, 2011 and requested to allow thirty (30) more days for Defendants to reply to the Complaint.  Plaintiff's counsel has agreed to fifteen (15) days, but Defense counsel is still respectfully requesting the full thirty (30) days.

2. The Defendant needs an additional thirty (30) days to adequately review the file and respond to the Plaintiff's Complaint.

3. The Defendants respectfully ask that this Court grant an additional thirty (30) days for Defendants to respond to Plaintiff's Amended Complaint.

4. This motion is made in good faith and not for the purpose of delay.

– 1 –

<u>NOTICE OF APPEARANCE</u>

COMES NOW, DAVID S. HARRIS, attorney at law, and gives notice of his appearance on behalf of the Defendants, MY TRADE LLC D/B/A NOD D/B/A/ JAAVAN D/B/A M PATIO FURNITURE, MOHAMED HADJ MERABET, SEBBAH Y. HADJ-MERABET and filings in this matter to the undersigned firm, and to take note of this Notice of Appearance.

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail on the 7<u>th</u> day of August, 2015 to: R. MARTIN SAENZ, SAENZ & ANDERSON PLLC, Attorney for Plaintiff, 20900 NE 30th Avenue, Ste. #800, Aventura, FL 33180.

**LAW OFFICES OF DAVID S. HARRIS**
6431 SW 39th Street
Miami, FL 33155-4813
Telephone: (305) 667-9043
Facsimile: (305) 667-9044

BY: __/s_David S. Harris_____
     David S. Harris, Esq.