UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-22674 MOORE/MCALILEY

JULIEN BOURHIS,

        Plaintiffs,

vs.

MY TRADE LLC, et. al.

        Defendants.

_____

## DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT OF CLAIM

The Defendants, MY TRADE LLC D/B/A NOD D/B/A/ JAAVAN D/B/A M PATIO FURNITURE, MOHAMED HADJ MERABET, SEBBAH Y. HADJ-MERABET, by its counsel, moves this Court for a More Definite Statement of Overtime Claim according to this Court's Order dated August 10, 2015 and states as follows:

1. That Plaintiff's Complaint against Defendants is based on a calculation of hourly pay that requires further information from Plaintiff and subsequent analysis. Specifically, the statement of claim submitted by the Plaintiff fails to detail base hourly rate per pay period which included commissions, but rather generally calculates a sum over a 61 week period without further breakdown of rates or hours Plaintiff worked per each pay period.

2. That Plaintiff in this case prepared his own invoices which were then submitted to Defendants (which were all paid in full) for work he performed, in part, at home which fails to disclose the number of hours he worked for each bi-weekly pay period. (A copy of one said invoice is attached hereto as Exhibit "A").

3. Plaintiff also failed to disclose in his invoices the base rate of pay he charged for the also undisclosed total number of hours that he worked each period. Such information

-1-

lacking in specificity within the Plaintiff's Complaint, Statement of Claim and prior invoices submitted to Defendants during Plaintiff's term of employment makes the Defendants' response to the Plaintiff Statement of Claim (and Complaint) impossible to properly respond to Plaintiff's allegations.

4. Counsel for Defendants has conferred with counsel with Plaintiff regarding this motion and is awaiting a response.

WHEREFORE Defendants are respectfully seeking a More Definite Statement of Claim as described herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by U.S. mail on the 19th day of August, 2015 to: R. MARTIN SAENZ, SAENZ & ANDERSON PLLC, Attorney for Plaintiff, 20900 NE 30th Avenue, Ste. #800, Aventura, FL 33180.

**LAW OFFICES OF DAVID S. HARRIS**
6431 SW 39th Street
Miami, FL 33155-4813
Telephone: (305) 667-9043
Facsimile: (305) 667-9044

BY:  /s David S. Harris
       David S. Harris, Esq.

# EXHIBIT "A"

**Bourhis Julien**
**9145sw 227st unit 3**
**Cutler Bay, Fl 33190**
**786-247-8571**

julien@jaavanpatio.com

DATE: 03/02/15 to 03/16/15

TO: MY TRADE LLC
DBA JAAVAN DBA MPATIO FURNITURE
7272-7282 NW 33rd Street
Miami FL, 33122

| CUSTOMERS | DATE | AMOUNT | % | COMISSION |
|---|---|---|---|---|
| MARIA PEREZ | 03/04/15 | 1150 | 3 | 35 |
| SUNNY LEFF | 03/05/15 | 940 | 3 | 28 |
| LISA ABBOTT | 03/11/15 | 1130 | 3 | 34 |
| KEVIN McGOVERN | 03/11/15 | 1565 | 3 | 47 |
| IVO CHIRIBOGA | 03/12/15 | 1605 | 3 | 48 |
| RENATORENOYA | 03/12/15 | 126 | 3 | 4 |
| GABRIELA METRA | 03/13/15 | 170 | 3 | 5 |
| | | | 3 | |

| | | |
|---|---|---|
| CHECK No : #3497 | COMISSION | $201 |
| | WEEK(2) | $1600 |
| | TOTAL | $1801 |