UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-CV-22674-MOORE/MCALILEY

JULIEN BOURHIS, and other similarly situated individuals,

    Plaintiff(s),

v.

MY TRADE LLC d/b/a NOD d/b/a JAAVAN d/b/a M PATIO FURNITURE, MOHAMED HADJ-MERABET, SEBBAH Y. HADJ-MERABET a/k/a Y. HADJ-MERABET.

    Defendant(s).

## NOTICE OF COMPLIANCE

Plaintiff, JULIEN BOURHIS (the "Plaintiff"), by and through the undersigned counsel, hereby advises the Court that, on August 24, 2015, the Plaintiff has complied with serving on counsel of record for the Defendant(s) a copy of the Statement of Claim, documents supporting the Statement of Claim (if any), and this Court's Order requiring the filing of a Statement of Claim in this action.

Respectfully submitted,

**s/   *Netali Peles, Esq.*_____**
Netali Peles, Esq. (FBN: 84558)
E-mail: npeles@sanezanderson.com
R. Martin Saenz (FBN: 0640166)
E-mail: msaenz@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: **s/** *Netali Peles, Esq.* _____

## SERVICE LIST

**Bourhis v. Jaavan**
Case No. 15-CV-22674-MOORE/MCALILEY
**United States District Court, SOUTHERN District of Florida**

| | |
|---|---|
| R. Martin Saenz | David S. Harris, Esq. |
| E-Mail:msaenz@saenzanderson.com | E-Mail: davidharris@att.net |
| SAENZ & ANDERSON, PLLC | The Law Offices of David S. Harris |
| 20900 N.E. 30th Avenue, Suite 800 | 6431 SW 39th Street |
| Aventura, Florida  33180 | Miami, Florida 33155 |
| Telephone: (305) 503-5131 | T: 305-667-9043 F: 305-667-9044 |
| Facsimile: (888) 270-5549 | |
| *Counsel for Plaintiff(s)* | |

Netali Peles
E-Mail: npeles@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Suite 800
Aventura, Florida  33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff(s)*

2