UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22674-CIV-MOORE-MCALILEY

JULIEN BOURHIS, on behalf of
himself and others similarly situated,

    Plaintiff,

vs.

MY TRADE LLC, *et al.*

    Defendants.
_____/

## ORDER GRANTING DISCOVERY MOTION IN PART

Pending before the Court is Defendants' Motion to for Extension of Time to Respond to Plaintiff's Discovery, seeking a thirty day extension. [DE 25]. Plaintiff objects to the extension, in large part, because the parties are scheduled for a settlement conference on October 14, 2015, and, as of October 6, 2015, Plaintiff had not received any documents from Defendants.[1]  [DE 27]. Plaintiff does not oppose a reasonable extension of time "as long as Defendants are able to provide some of the necessary documents or information" prior to the settlement conference. [*Id.* at ¶ 6].

---

[1] Plaintiff also argues that Defendants did not properly meet and confer as required by Local Rule 7.1. Plaintiff is correct. Emailing a draft motion to opposing counsel less than three hours before filing does not satisfy the requirements of Local Rule 7.1. Defendants' counsel is instructed to fully comply with Local Rule 7.1 and to make a genuine effort to meet and confer before filing any other motions.

The Order Setting Settlement Conference directs that "[n]o later than five days before the settlement conference, counsel must exchange copies of those documents that support either their statement of claim or defenses thereto (e.g., time sheets, pay stubs, etc.)." [DE 24, p. 1]. To the extent that Plaintiff's discovery encompasses these documents, Defendants have already been ordered to produce them by October 9, 2015, in advance of the settlement conference.[2] Defendants may otherwise have an extension, until October 21, 2015, to produce the remaining outstanding discovery.

Based on the foregoing, the Court ORDERS that:

Defendants' Motion for Extension of Time to Respond to Plaintiff's Discovery [DE 25], is **GRANTED in part**. Defendants shall serve their responses to the written discovery **no later than October 21, 2015**. The parties are reminded that failure to comply with the requirements of the Order Setting Settlement Conference may result in the imposition of sanctions. In particular, the parties are reminded to be present at the courthouse and prepared to begin the settlement conference at the noticed time.

DONE and ORDERED in chambers at Miami, Florida this 9th day of October, 2015.

_____
CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

cc:

The Honorable K. Michael Moore
Counsel of record

---

[2] Defendants did not seek an extension of this deadline.