UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22674-CIV-MOORE/GARBER

JULIEN BOURHIS, on behalf of
himself and others similarly situated,

    Plaintiff
v.

MY TRADE LLC, *et al.*,

    Defendants.
_____/

## ORDER RE DISCOVERY PROCEDURES

    Pursuant to the clerk's reassignment of this cause to the undersigned (ECF No. 30) and the district judge's referral of pretrial discovery matters to the magistrate judge (ECF No. 13), it is hereby ORDERED that the parties shall comply with the attached discovery procedures.

    DONE AND ORDERED in Chambers at Miami, Florida this 16th day of October 2015.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

<u>**DISCOVERY PROCEDURES FOR
MAGISTRATE JUDGE BARRY L. GARBER**</u>

The following discovery procedures apply to all civil cases in which a United States District Judge has referred all discovery matters to be heard by Judge Garber.

If the parties are unable to resolve their discovery disputes without Court intervention, Judge Garber will set the matter for hearing. Discovery disputes are generally set for hearings on Tuesdays and Thursdays in his courtroom on the 10th Floor, Courtroom 4, in the James Lawrence King Federal Justice Building, 99 NE 4th Street, Miami, Florida 33132.

If a discovery dispute arises, the moving party must seek relief within fifteen days after the occurrence of the grounds for relief by contacting chambers ((305) 523-5730) and placing the matter on the next available discovery calendar.

After conferring with opposing counsel regarding availability and then contacting Chambers to place a matter on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing through the Court's electronic docketing system. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Rule 7.1(a)(3). Generally, no more than ten minutes per side will be permitted. The movant shall also provide the Court with a copy of all source materials[*] relevant to the discovery dispute via either hand delivery or email to the chambers' inbox (garber@flsd.uscourts.gov) on the date the Notice of Hearing is filed.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Judge Garber. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to setting the hearing. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.

---

[*] Source material is the actual discovery at issue. For example, if the dispute concerns interrogatories, the interrogatories at issue and the responses thereto shall be provided.