EXHIBIT A

## Bourhis v. Jaavan - Pending motions
1 message

**Netali Peles** <npeles@saenzanderson.com>  Wed, Nov 11, 2015 at 5:00 PM
To: David <davidharris@att.net>

Mr. Harris:

As you know, the pending motions are closed unless we move to reopen them. Thus far, you have not moved to reopen them.  Please advise by next week, November 18th, if you intend to reopen your motion to dismiss and motion for a more definite statement. We do not object.


--
**Netali Peles, Esq.**
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Tel: 305.503.5131
Fax: 1.888.270.5549
Website: www.saenzanderson.com and www.miamiemploymentattorney.com
Facebook: www.facebook.com/SaenzAndersonLaw


## Bourhis v. MyTrade LLC - Discovery

**David** <davidharris@att.net>  Thu, Nov 12, 2015 at 4:27 PM
To: Netali Peles <npeles@saenzanderson.com>

I will have the discovery for you Tuesday next week.  Also, I am in the process of refilling my motion to reopen the motion to dismiss.  Thank you, David Harris