EXHIBIT B

Subject: **Bourhis v. MyTrade LLC - Discovery**
------------------------

From: **David** <davidharris@att.net>
Date: Fri, Oct 16, 2015 at 11:28 PM
To: Netali Peles <npeles@saenzanderson.com>
Cc: Martin Saenz <msaenz@saenzanderson.com>

Ms. Peles:

Please see attached discovery.  I received this late today from the clients.

As such, I will correct the formats next week for you.

David Harris



This email has been checked for viruses by Avast antivirus software.
www.avast.com

----------
From: **Netali Peles** <npeles@saenzanderson.com>
Date: Wed, Oct 21, 2015 at 4:35 PM
To: David <davidharris@att.net>

Hi Mr. Harris -
When will you be producing proper responses to the discovery requests? Many of the handwritten responses are improper, and no documents at all were produced. It simply says, "copies available".

Please let me know when we will receive the complete responses.

Thanks,

--

**Netali Peles, Esq.**
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Tel: 305.503.5131
Fax: 1.888.270.5549
Website: www.saenzanderson.com and www.miamiemploymentattorney.com
Facebook: www.facebook.com/SaenzAndersonLaw


----------
From: **David** <davidharris@att.net>
Date: Fri, Oct 23, 2015 at 11:16 AM
To: Netali Peles <npeles@saenzanderson.com>


I will have the documents for you next week.  Thank you. David Harris

**From:** Netali Peles [mailto:npeles@saenzanderson.com]
**Sent:** Wednesday, October 21, 2015 4:36 PM
**To:** David
**Subject:** Re: Bourhis v. MyTrade LLC - Discovery

----------
From: **Netali Peles** <npeles@saenzanderson.com>
Date: Wed, Nov 11, 2015 at 2:16 PM
To: David <davidharris@att.net>


Hi Mr. Harris - This was weeks ago, and I still haven't received anything.  Please send the discovery responses before we have to file a motion to compel.  Thank you.

I also still haven't heard back from you regarding the JSR, despite multiple emails.  I will call you shortly but please respond.


----------
From: **Netali Peles** <npeles@saenzanderson.com>
Date: Wed, Nov 11, 2015 at 4:51 PM
To: David <davidharris@att.net>


Hello again Mr. Harris:

Many of the discovery responses state that copies of the documents are available.   Please let me know how we can obtain such copies.
Also, some responses state that the documents have already been sent by email. However, to date, we have not received any documents by email.  Again, please let me know how we can obtain this.

Please let me know about this by next week (Friday, November 18th).


----------
From: **David** <davidharris@att.net>
Date: Thu, Nov 12, 2015 at 4:27 PM
To: Netali Peles <npeles@saenzanderson.com>


I will have the discovery for you Tuesday next week.  Also, I am in the process of refilling my motion to reopen the motion to dismiss.  Thank you, David Harris

**From:** Netali Peles [mailto:npeles@saenzanderson.com]
**Sent:** Wednesday, November 11, 2015 4:52 PM

----------
From: **Netali Peles** <npeles@saenzanderson.com>
Date: Wed, Nov 18, 2015 at 4:02 PM
To: David <davidharris@att.net>
Cc: Martin Saenz <msaenz@saenzanderson.com>


Hello Mr. Harris -
I tried to call you just now and I am following up with this e-mail.

Pursuant to my voicemail, I wanted to advise you that I am about to prepare and file a motion to compel the discovery requests which we still have not received.  Furthermore, this is a courtesy to remind you that we will be entitled to attorney fees for having to do so per Rule 37.


----------
From: **David** <davidharris@att.net>
Date: Wed, Nov 18, 2015 at 6:16 PM
To: Netali Peles <npeles@saenzanderson.com>


I met my clients Monday. We will have everything ready for you on Wednesday November 25th.