EXHIBIT C

## Bourhis, Julien v. Jaavan - Depositions
20 messages

**Ursula Lanfranco** <ursula@saenzanderson.com>  Thu, Sep 24, 2015 at 2:57 PM
To: DAVIDHARRIS@att.net
Cc: Ursula Lanfranco <ursula@saenzanderson.com>, msaenz@saenzanderson.com, Netali Peles <npeles@saenzanderson.com>

Good Afternoon Mr. Harris,

In connection to the case mentioned in the reference, we would like to schedule the depositions of the following

Individuals:

- *MOHAMED HADJ-MERABET*

- *SEBBAH Y. HADJ-MERABET*

- *Our client's supervisor(s)*

- *Person in charge of payroll*

- *HR director*

- *Person with most knowledge about allegations of unpaid wages and firing of Mr. Bourhis.*

Please provide us with possible available dates in the next 2 months so that we can schedule accordingly.

Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
**SAENZ & ANDERSON, PLLC**
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549

Email: ursula@saenzanderson.com

---

**Ursula Lanfranco** <ursula@saenzanderson.com>

Wed, Sep 30, 2015 at 12:34 PM

To: DAVIDHARRIS@att.net
Cc: msaenz@saenzanderson.com, Netali Peles <npeles@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Afternoon Mr. Harris,

I wanted to follow up on the scheduling of depositions for the case mentioned in the reference.

Thank you

**Ursula Lanfranco**

*Legal Assistant to R. Martin Saenz, Esq.*
**SAENZ & ANDERSON, PLLC**
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com
[Quoted text hidden]

---

**From:** David [mailto:davidharris@att.net]
**Sent:** Wednesday, September 30, 2015 4:00 PM
**To:** 'Ursula Lanfranco' <ursula@saenzanderson.com>
**Subject:** RE: Bourhis, Julien v. Jaavan - Depositions

I'm free October 27th or October 28th.  I would like to take your client's deposition on the same dates.

Fri, Oct 2, 2015 at 10:44 AM

**Ursula Lanfranco** <ursula@saenzanderson.com>
To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Morning Mr. Harris,

We are available for depositions the dates you have provided. We would like to take the depositions at the following location

In South Beach.

Address: 945 Pennsylvania Ave. Suite 101

Please confirm that deposition will be scheduled as follows:

- **Tuesday, October 27th 2015 at 10am *MOHAMED HADJ-MERABET***

- **Tuesday, October 27th 2015 at 1pm  *SEBBAH Y. HADJ-MERABET***

- **Wednesday, October 28th 2015 at 10am *JULIEN BOURHIS***


Once we have your confirmation we will issue the notice, and also, please let us know if you clients need an interpreter.


Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com

| | |
|---|---|
| **Ursula Lanfranco** <ursula@saenzanderson.com><br>To: Netali Peles <npeles@saenzanderson.com><br>Cc: Ursula Lanfranco <ursula@saenzanderson.com> | Wed, Oct 21, 2015 at 4:31 PM |

Good Afternoon Netali,

Did Mr. Harris reply back to you about this? I never received a response so there is no notice.

Please let me know so that I can follow up and send out notice.

Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
**SAENZ & ANDERSON, PLLC**
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com

| | |
|---|---|
| **Netali Peles** <npeles@saenzanderson.com><br>To: Ursula Lanfranco <ursula@saenzanderson.com> | Wed, Oct 21, 2015 at 4:36 PM |

No- he did not get back to me.
Please follow up and send a notice. Thanks.

[Quoted text hidden]

--
**Netali Peles, Esq.**
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, Ste. 800
Aventura, Florida 33180
Tel: 305.503.5131
Fax: 1.888.270.5549
Website: www.saenzanderson.com and www.miamiemploymentattorney.com
Facebook: www.facebook.com/SaenzAndersonLaw

---

**Ursula Lanfranco** <ursula@saenzanderson.com>   Wed, Oct 21, 2015 at 4:43 PM
To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Afternoon Mr. Harris,

I wanted to follow up on my email about depositions. Please confirm so that I can send out our notice.

Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com

**Ursula Lanfranco** <ursula@saenzanderson.com>

Thu, Oct 22, 2015 at 4:45 PM

To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Afternoon Mr. Harris,

We still have not received a reply back from you regarding next week's depositions.

Please confirm.

Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
**SAENZ & ANDERSON, PLLC**
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com

---

**From:** David [mailto:davidharris@att.net]
**Sent:** Thursday, October 22, 2015 5:21 PM
**To:** 'Ursula Lanfranco' <ursula@saenzanderson.com>
**Subject:** RE: Bourhis, Julien v. Jaavan - Depositions

Mohamed is out until November 7th. After 11/8/15 please propose some dates. Thank you.
David Harris

**Ursula Lanfranco** <ursula@saenzanderson.com>　　　　　Fri, Oct 23, 2015 at 12:49 PM

To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Afternoon Mr. Harris,

Thank you for your reply. Please see below our available dates:

*November: 9th, 11th or 12th.*

Please let us know so that we can issue our notice.

Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
SAENZ & ANDERSON, PLLC
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com

---

**Ursula Lanfranco** <ursula@saenzanderson.com>　　　　　Mon, Oct 26, 2015 at 9:35 AM

To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Morning Mr. Harris,

I wanted to follow up on the dates for depositions. Please get back to us as soon as possible

Thank you

**Ursula Lanfranco**
*Legal Assistant to R. Martin Saenz, Esq.*
**SAENZ & ANDERSON, PLLC**
20900 N.E. 30th Avenue, 8th Floor
Aventura, Florida 33180
Ph: 305.503.5131
Fax: 1.888.270.5549
Email: ursula@saenzanderson.com

**From:** David [mailto:davidharris@att.net]
**Sent:** Monday, October 26, 2015 11:34 AM
**To:** 'Ursula Lanfranco' <ursula@saenzanderson.com>
**Subject:** RE: Bourhis, Julien v. Jaavan - Depositions

I don't know the dates as Mohamed is out of the country until November 7th.

---

**Ursula Lanfranco** <ursula@saenzanderson.com>   Tue, Oct 27, 2015 at 11:55 AM

To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Morning Mr. Harris,

Thank you, we will follow up with you after November 7th for possible available dates.

Regards

**Ursula Lanfranco**

**Ursula Lanfranco** <ursula@saenzanderson.com>

Wed, Nov 11, 2015 at 7:11 AM

To: David <davidharris@att.net>
Cc: Netali Peles <npeles@saenzanderson.com>, Martin Saenz <msaenz@saenzanderson.com>, Ursula Lanfranco <ursula@saenzanderson.com>

Good Morning Mr. Harris,

I wanted to follow up with dates for depositions. Please let us know if your client is back in the country and provide us with his availability.

Thank you

**Ursula Lanfranco**