UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22674-CIV-MOORE

JULIEN BOURHIS,

       Plaintiff,

v.

MY TRADE LLC d/b/a NOD d/b/a
JAAVAN d/b/a M Patio Furniture, *et al.*,

       Defendants.
_____/

## **FINAL JUDGMENT**

Pursuant to the Verdict rendered by a jury on May 25, 2016 (ECF No. 111), it is hereby

ORDERED AND ADJUDGED that final judgment is entered on behalf of Defendants MY TRADE LLC, Mohamed Hadj-Merabet and Sebbah Y. Hadj-Merabet, and against Plaintiff Julien Bourhis.

The Clerk of Court is instructed to CLOSE this case. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers in Miami, Florida, this 25th day of May, 2016.

                                                    K. MICHAEL MOORE
                                                    CHIEF UNITED STATES DISTRICT JUDGE

c:      All counsel of record